# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **FAUSTO HERRERA JUAREZ ET AL** | **CIVIL ACTION NO. 26-42 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRYAN PATTERSON ET AL** | **MAG. JUDGE LEBLANC** |

## MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order (TRO) (ECF No. 3), filed by the petitioners in this case, Fausto Herrera Juarez, Veronica Ramos Guido, and Fasil Takletsadik. Because the preliminary relief sought—release from detention—mirrors the ultimate relief sought in habeas, *see* ECF No. 1, the Motion is **DENIED.** One cannot skip the line by dressing their habeas petition in TRO clothes. *See Rodriguez v. Lyons,* No. CV 25-1926, 2025 WL 3553742, at *1 (W.D. La. Dec. 8, 2025) (denying a "motion to decide my habeas petition now."); *see also Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025); *Peters v. Davis*, No. 6:17-cv-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 27, 2018) (explaining that a TRO is not purposed "to give a plaintiff the ultimate relief he seeks"); *Lindell v. United States*, 82 F.4th 614, 618 (8th Cir. 2023) ("[T]he purpose of injunctive relief is to preserve the status quo; it is not to give the movant the ultimate relief he seeks."). The matter is thus **REFERRED** to the magistrate judge.

**THUS DONE AND SIGNED** this 9th day of January, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE